COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Benny Vance and Pierre Metzener v. Mark C. Popkowski, Jody M. Popkowski, Tammy Evans and Modern System Concepts Inc.

Appellate case number:  01-15-00897-CV

Trial court case number:  2014-70417

Trial court:  334th District Court of Harris County

Appellants Berry Vance and Pierre Metzener have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent); TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041 (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015) (listing fees in court of appeals). Despite notices regarding nonpayment of the court filing fee, issued on November 10, 2015, and December 16, 2015, appellants have not paid this fee.

Accordingly, the Court has directed me to notify appellants that this appeal is subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); TEX. R. APP. P. 42.3 (allowing involuntary dismissal).

Appellants must pay the required fees **within 10 days** of the date of this notice or the Court may dismiss the appeal. *See* TEX. R. APP. P. 42.3.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                          X  Acting individually    ☐  Acting for the Court

Date: January 5, 2017